**Order entered November 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00263-CR

**CLEAVEN WADE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83322-2015**

## ORDER

Before the Court is court reporter Indu Bailey's November 18, 2019 request for additional time to file the reporter's record. When appellant's retained counsel finally informed the Court he had paid or made arrangements to pay for the record, we ordered the reporter's record filed by September 20, 2019. On September 10, 2019, we received a letter from Ms. Bailey informing the Court that she was working on this record but would not be able to file it before she left on vacation beginning September 19 until November 11, 2019. We then ordered the reporter's record filed by November 22, 2019. On November 18, 2019, Ms. Bailey filed another request for extension of time.

We **GRANT** this final extension of time to file the reporter's record and **ORDER** the reporter's record filed by **5:00 p.m. on December 13, 2019**. If the reporter's record is not filed

by that time, Ms. Bailey will be ordered, without further notice, not to sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
           JUSTICE